UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
EFFINGHAM JAMES,

              Plaintiff,

05-CV-2593 (TCP)

-against-

**ORDER**

ODRA N. ARANGO, A & A GLOBAL
RESOURCES, INC., aka A & A GLOBAL
RESOURCES LTD., ANN ALVAREZ,
ALFRED MILLS, DISCOUNT FUNDING
ASSOC., WALLY DUVAL,

              Defendants.
----------------------------------------------------------X
PLATT, District Judge.

        Before the Court is Magistrate Judge A. Kathleen Tomlinson's Report and Recommendation dated March 28, 2011 as to plaintiff's motion for a default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2). Also before Magistrate Judge Tomlinson is plaintiff's request for an inquest to determine the sum of his damages.

        Magistrate Judge Tomlinson recommends the following: (1) that a default judgment be entered against all defendants, to wit: Discount Funding Associates, Odra N. Arango, A & A Global Resource, Inc., Ann Alverez, Alfred Mills and Wally Duval; (2) that plaintiff be awarded damages in the sum of $33,930.00; and (3) that plaintiff be reimbursed costs in the sum of $6,091.00. Magistrate Judge Tomlinson further recommends that the Court withhold entry of the damage award pending plaintiff's submission of the necessary appraisal reflecting the value of the Jamaica, New York house as of May 2002.

Having fully reviewed the Report and Recommendation and the time for filing objections having passed and there having been no objections filed, the undersigned adopts the Report in its entirety for the reasons set forth therein.

Plaintiff is hereby directed to submit an appraisal, which complies with the Report's recommendation, to Magistrate Judge Tomlinson, within sixty (60) days of the entry of this Order. Upon Magistrate Judge Tomlinson's approval of the appraisal, to be indicated by a Supplemental Report and Recommendation, the Court will enter judgment for damages as to plaintiff. Plaintiff's motion for the default judgment is hereby **GRANTED**.

**SO ORDERED.**

Dated: April 27, 2011
   Central Islip, New York

                _____
                Thomas C. Platt, U.S.D.J.