FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D N.Y

★　SEP 16 2011　★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EFFINGHAM JAMES,

          Plaintiff,

   -against-

ODRA N. ARANGO, A & A GLOBAL
RESOURCES, INC., a.k.a. A & A GLOBAL
RESOURCES LTD., ANN ALVAREZ,
ALFRED MILLS, DISCOUNT FUNDING
ASSOC., WALLY DUVAL,

          Defendants.
-----------------------------------------------------------X

05-CV-2593 (TCP)

**ORDER**

PLATT, District Judge.

    Before the Court is Magistrate Judge A. Kathleen Tomlinson's Supplemental Report and Recommendation which contains a determination of the amount of damages plaintiff should be awarded for the value of his property. After considering plaintiff's submissions with regard to the value of his property, Magistrate Judge Tomlinson recommends plaintiff be awarded damages in the sum of $94,518.99 for the value of property, in addition to the damages recommended in her previous Report and Recommendation, i.e., $33,930.00 in compensatory damages and $6,091.00, for a total sum of $134,539.99.

    There having been no objections filed within the time period for filing objections and the Court being satisfied that Magistrate Judge Tomlinson's recommendation is accurate, plaintiff is hereby awarded damages and costs in the sum of $134,539.99.

    Plaintiffs' motion for a default judgment against all defendants having been granted by

Order dated April 27, 2011 (DE 118), the Clerk of the Court is hereby directed to close this case.

**SO ORDERED.**

Dated: September 16, 2011
       Central Islip, New York

                                      Thomas C. Platt, U.S.D.J.